Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste 2#492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Varinder Mohan,<br><br>Plaintiff,<br><br>vs.<br><br>Gentry's Walk Apartments AZ LLC, Rent Recovery Solutions, LLC, and Equifax Information Services, LLC,<br><br>Defendants. | Case No. Case No. 21-5663<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

    The Stipulation of Dismissal [28] is GRANTED. This action is dismissed with prejudice.  The clerk shall close this action.

Dated: 12/7/2021

      s/ RONALD S.W. LEW
    _____
    Hon. Ronald S.W. Lew
    U.S. District Judge